TAPFER, APPELLEE, *v.* TAPFER, APPELLANT.

[Cite as *Tapfer v. Tapfer* (1991), 62 Ohio St.3d 1213.]

(No. 90–1810—Submitted November 6, 1991—Decided December 31, 1991.)

---

*Marco & Marco, L.P.C.,* and *Richard J. Marco,* for appellee.

*Zashin, Rich, Sutula & Monastra Co., L.P.A., Robert I. Zashin* and *Andrew J. Simon,* for appellant.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.